IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL EDWARD
KRESSLER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D14-2414

v.

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed September 4, 2014.

An appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

Michael Edward Kressler, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.